UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:19-CV-21100-RNS

ZACH FRIEDMAN,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

*Plaintiff*,

**JURY TRIAL DEMANDED**

v.

VIP LASER, INC., a Florida profit
corporation,

*Defendant*,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Zach Friedman, by and through undersigned counsel, herby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims.  Plaintiff and Defendant are in the process of finalizing their settlement agreement.  Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: April 18, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.**<br><br>/s/ Andrew J. Shamis<br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>14 NE 1st Ave.<br>Suite 1205<br>Miami, Florida 33132<br>ashamis@shamisgentile.com<br>Telephone: 305.479.2299<br><br>Counsel for Plaintiff and the Class | **EDELSBERG LAW, PA**<br>Scott Edelsberg, Esq.<br>Florida Bar No. 0100537<br>scott@edelsberglaw.com<br>19495 Biscayne Blvd #607<br>Aventura, FL 33180<br>Telephone: 305-975-3320<br><br>Counsel for Plaintiff and the Class |
|---|---|