UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:19-CV-21100-RNS

ZACH FREEDMAN,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

VIP LASER, INC.,

*Defendant*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Zach Freedman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Zach Freedman, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 10, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, P.A.** |
|---|---|
| /s/ Andrew J. Shamis<br><br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>14 NE 1st Ave.<br>Suite 1205<br><br>Miami, Florida 33132<br>ashamis@shamisgentile.com<br>Telephone: 305.479.2299<br><br>Counsel for Plaintiff and the Class | Scott A. Edelsberg, Esq.<br>Florida Bar No. 100537<br>19495 Biscayne Blvd.<br># 607<br>Aventura, FL 33180<br>Scott@edelsberglaw.com<br>Telephone: 305-975-3320<br><br>Counsel for Plaintiff and the Class |